**COHO LICENSING LLC,
Plaintiff-Appellant**

v.

**OATH INC., Defendant-Appellee**

**Glam Media Inc., Ning Inc., Rovi Corporation, Defendants**

**2017-1704, 2017-1706, 2017-1707, 2017-1708, 2017-1709, 2017-1710**

United States Court of Appeals, Federal Circuit.

February 7, 2018

STEFANIE T. SCOTT, Scott Shah Law PLLC, Austin, TX, argued for plaintiff-appellant. Also represented by VICTOR G. HARDY, MINGHUI YANG, Hardy Parrish Yang, LLP, Austin, TX.

CHRISTOPHER KAO, Vinson & Elkins LLP, San Francisco, CA, argued for defendant-appellee. Also represented by BROCK STEVEN WEBER; JEFFREY TA-HWA HAN, Austin, TX.

ISAAC PHILIP RABICOFF, Rabicoff Law LLC, Chicago, IL, for amici curiae Paul Asija, Craig Miloscia, Daniel P. Brown, Paul Morinville, Rita Crompton, Daniel G. Papst, Jeffrey Dobkin, Adrian Pelkus, Francisco Guerra, Lu Anne Puett, Bob Hausslein, Isaac Philip Rabicoff, Jeff Hitzler, Wayne Rasanen, Brian James, Don Skaggs, Glen Kotapish, Eren Soyak, Gary Stecklein, Randy Landreneau, Matt Steig, Steve Lyon, James Stevens, Leo Mazur, Greg Wawrzyniak, Birkir Marteinsson.

Per Curiam

## JUDGMENT

(Dyk, O'Malley, and Wallach, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**